**Exhibit B**

A TRUE COPY ATTEST

Process Server & Disinterested Person

June 5, 2018

NEW YORK
COUNTY CLERK'S OFFICE

MAY 18 2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

NOT COMPARED
WITH COPY FILE

Yury Mosha,

Plaintiff,

**SUMMONS**

-against-

INDEX No.: _100657/18_

Yandex, Inc.,

Date Index Number purchased

_05/18/2018_

Defendant.

## TO THE ABOVE NAMED DEFENDANT:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the Complaint of the Plaintiff herein and to serve a copy of your Answer on the Plaintiff at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not personally delivered to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the Complaint.

Dated: _05/10/2018_

Yury Mosha

Plaintiff's business premises are located at:
85 Broad Street, New York, 10004.
Phone: (646) 4770500
yurymosha@gmail.com

Defendant Yandex, Inc.'s address: 38R Merrimac Street, Suite 201, Newburyport, MA 01950, USA

New York County is designated by Plaintiff as the place of trial.
Venue is based on Plaintiff's residence.

1

NEW YORK
COUNTY CLERK'S OFFICE

MAY 1 8 2018

NOT COMPARED
WITH COPY FILE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

YURY MOSHA,

          Plaintiff,

INDEX NO: _100657 /18_

    v,

**COMPLAINT**

Yandex, Inc.

         Defendant.
------------------------------------------------------------X

    Plaintiff, Yury Mosha, alleges the following in his Complaint against Defendant in this action:

### Introduction

    1. This is an action in causing damages to Plaintiff and wounding his reputation in the business community by negligence and ignorance of defamatory, false and humiliating information about the Plaintiff, which is researchable by Defendant's search engine Yandex.ru. The Defendant was asked to stop giving such information through its search engine as violating Yandex's policy and US laws. But Defendant failed to do so. Therefore, Plaintiff seeks by way of relief an injunction.

### Parties

    2. Plaintiff YURY MOSHA is an individual and his business premises are now, and at all times mentioned in this complaint was located at 85 Broad Street, New York, 10004.

    3. Defendant Yandex Inc. is a responsible representative

2

branch of Yandex multinational corporation specializing in Internet-related services and products, located at 38R Merrimac Street, Suite 201, Newburyport, MA 01950, USA. Defendant ignored Plaintiff's requests to remove from Yandex Search results the links, containing false and defamatory information about Plaintiff and his business, and Plaintiff therefore sues Defendant.

## Jurisdiction And Venue

4.    This Court has subject matter jurisdiction over this action pursuant to Section 301 of the CPLR.

5.    Venue is appropriate pursuant to Section 503 of the CPLR because Plaintiff is domiciled in New York and his business premises are in New York County.

## Facts

6.    The Plaintiff found out that Yandex.ru Search engine shows the information and links to resources/webpages about Plaintiff and his business, distributed by different people with violations of US laws and Yandex policy. These resources/webpages contain humiliating words, false opinions and defamatory allegations that were not confirmed by a court decision or other authorized bodies, and therefore are prohibited by law.

Below is the list of such resources/webpages, which Plaintiff asked the Defendant to remove from Yandex search results:

3

https://vk.com/topic-20420_31213778?post=100522

http://rus017.livejournal.com/53861.html

http://newtimes.ru/stati/others/c55521af78976a8e27efea3b03ee8002
-manppylyator-mosha.html

http://forum.nvrsk.ru/index.php?showtopic=294418&st=180

http://forum.nvrsk.ru/index.php?showtopic=294418&st=140

http://stophish.ru/fraud/view/1695 (the webpage was removed, but
the link in Yandex search results is still there!).

https://thclips.com/rev/юрий+можа+аферист

http://antimosha.blogspot.ru/

https://www.youtube.com/playlist?list=PLkDICFk8Sn8LUbemM1rX0RPpi
aB8BpJ7U

https://www.youtube.com/watch?v=pzmzh5QPf5E

https://plclip.com/rev/%D1%8E%D1%80%D0%B8%D0%B9+%D0%BC%D0%BE%D1%
88%D0%B0+%D1%80%D0%B0%D0%B7%D0%BE%D0%B1%D0%BB%D0%B0%D1%87%D0%B5%
D0%BD%D0%B8%D0%B5+%D0%BC%D0%BE_%D0%B5_%D0%BD%D0%BD%D0%B8%D0%BA_D0%
BA_D0_B0/

http://portall.zp.ua/?c=video&q=%D1%8E%D1%80%D0%B8%D0%B9%20%D0%B
C%D0%BE%D1%88%D0%B0%20%D1%80%D0%B0%D0%B7%D0%BE%D0%B1%D0%BB%D0%B0
D1_87_D0_B5_D0_BD%D0%B8_D0_B5_20_D0%BC%D0%BE%D1%88%D0%B5%D0_BD_
D0_BD_D0_B8_D0_BA_D0_B0

https://esclips.com/rev/%D1%8E%D1%80%D0%B0%D0%B8%D0%B9+%D0%BC%D0%BE%D1
_88_D0%B0+%D0%B6%D1%83%D0%BB%D0%B8%D0%BA/

http://www.nofollow.ru/video.php?c=pzmzh5QPf5E

https://uaclips.com/rev/%D1%8E%D1%80%D0%B8%D0%B9+%D0%BC%D0%BE%D1
_88_D0%B0+%D0%B0%D1%84%D0%B5%D1%80+%D0%B8%D1%81%D1%82/

https://food-health-

vika.com/video/pzmzh5QPf5E/%D0%AE%D1%80%D0%B8%D0%B9-
%D0%9C%D0%BE%D1%88%D0%B0-%D0%B8-

%D0%93%D1%80%D0%BA%D0%B0%D0%B4%D0%B8%D0%B9-%D0%91%D1%83%D1%85-
D1%83%D0%BA_D1%80_D0%B5%D0%BF_D0%BB_D1%8F%D1%8E%D1%82-
_D1%82%D1%8B%D0%BB%D1%8B-

%D0%BA%D0%B0%D0%B4%D1%80%D0%B0%D0%BC%D0%B8-%D0%B8%D0%B7-
%D0%BF%D1%81%D0%B8%D1%85%D1%83%D1%88%D0%BA%D0%B8/

https://yandex.ru/video/touch/search?source=tabbar&filmId=153914
9341942119649&text=юрий%20моша%20русская%20америка%20реальный%2
0отзыв

(Extracts from the websites are attached to the Complaint).
Plaintiff informed the Defendant that those allegations were
distributed by Plaintiff's business competitors and opponents
through Russian hacker with an intention to disparage the
Plaintiff and destroy his business. He used different IP
addresses to simulate postings of negative information about
Plaintiff from different locations worldwide. As a result when
entering Plaintiff's name in Russian language (spelled as "Юрий
Моша") in Yandex Search string one gets abovementioned links to
false and defamatory pages about Plaintiff.

5

There is not a shred of evidence provided in support of the foregoing false allegations against Plaintiff, yet Plaintiff cannot respond to those allegations because there are no real names, locations, dates.

Plaintiff is a respected business professional in the community. He has spent years serving the community and building a positive reputation. However, some of his competitors use dishonest methods for damaging his reputation and destroying his business by, for example, directing an army of internet trolls and hackers to post defamatory statements about him on different websites, often anonymously or under fake names. Particularly, his preliminary investigations revealed that the above-mentioned websites were created by Russian hacker with a purpose of blackmailing him and extorting money. For example, several times after Plaintiff asked those webpages authors to remove their false allegations, they blackmailed him, requesting to pay them a certain amount of money for removing the pages. After Plaintiff refused to pay them they promised to continue posting defamations against him (blackmailing letters are attached).

Moreover, some of the abovementioned negative content cyber-harassing and cyber-bullying me based on my national origin and religion. Particularly, it insults my Jewish nationality and religion invoking people to pursue and kill me and all other Jewish people:

6

Моша – жид пархатый, кидать людей поэтому у него в крови. Евреи все мошенники, такие как Моша. Этого Мошу и все его жидовское племя проклятое надо уничтожить. Иначе они нас всех по миру пустят./

Mosha is a cursed Jew, therefore it is in his blood to cheat and clean out people. All Jews are scammers, including Mosha. This Mosha and all his cursed Jewish tribe should be killed. Otherwise they will plunder us all (https://vk.com/topic-20420_31213778?post=100522 (in comments below).

I tried to remove that content by contacting the uploaders and websites administration. But they ignored all my requests. Unfortunately, according to my investigation some of those uploaders, invoking to kill me reside in New York, New Jersey and other US states, and, therefore pose a serious danger for me and my family. As a result I'm not only experiencing mental suffering because of their humiliations, insults and bullying, but also living in a constant fear of their pursuance and threats of physical injury. Also the content demeans me in the eyes of my family, friends, community and professional contacts. I'm seriously stressed, suffering insomnia and in a deep depression because of this entire situation.

7.   Despite Plaintiff's written requests to remove said defamatory content from Yandex search results, which was used for blackmailing, the Defendant did not comply with those

reasonable and well-grounded requests. The illegal content is still searchable by Yandex search engine. Therefore, the content is keeping damaging Plaintiff and his business.

### Plaintiff complains and for a first cause of action in libel alleges as follows:

8.   Plaintiff repeats and re-alleges and incorporates by reference the allegations in paragraphs 1 through 7 above with the same force and effect as if herein set forth.

9.   The described above statements in the webpages and other resources published by different people without privilege or authorization were false and defamatory.

10.   By reason of the argued content, Plaintiff was greatly injured in his character and reputation, and suffered great pain and mental anguish, all to his damages.

11.   Defendant is responsible for making the argued content searchable and spreading it this way. Ignoring the Plaintiff's requests Defendant is responsible for the continued damage mentioned above. Defendant is able to stop damaging Plaintiff by making the argued content unsearchable. Despite Plaintiff's written requests to remove said defamatory content from Yandex search results, which was used for blackmailing, the Defendant did not comply with those reasonable and well-grounded requests.

12.   According to 18 U.S. Code Chapter 41 (EXTORTION AND

8

THREATS) extortion, threats, blackmail is a serious criminal offence. They are also considered to be a felony according to states laws even committed by means of internet. Therefore, I believe that the abovementioned content should be removed from Yandex search results and related search, which were used as instruments for crime by hackers.

13. This type of cyber-harassment and cyber-bullying are serious crimes. According to New York Penal Law § 240.21 - 240.32 "A person is guilty of harassment in the first degree when he or she intentionally and repeatedly harasses another person by following such person in or about a public place or places or by engaging in a course of conduct or by repeatedly committing acts, which places such person in reasonable fear of physical injury." In addition, if harassment occurs because of race, religion, national origin the harassment can run afoul of Title VII of the Civil Rights Act or other federal anti-discrimination legislation.

14. Terms of Yandex Service Use state that "5.2. Upon using Yandex Service, the User shall not download, send, transmit or in any other way post and/or distribute any content that is illegal, harmful, slanderous, unethical or violates intellectual property rights, promotes hatred and/or racial, ethnic, sexual, religious or social discrimination or is insulting to any persons and/or organizations; violate third party rights

9

including underage people and/or cause harm in any way." In addition, according to Yandex Terms of Service Users shall not use the Site or the Services to: 3.2.1. upload, download, post, transfer, send, transmit, distribute, email, link to or make available in any other way (hereinafter — "Make Available") any images, photos, text, video, data, software, audio, sound, music, databases, links or other information (hereinafter — "Content") that is illegal, harmful, slanderous, unethical, defamatory, harassing, threatening or infringing upon intellectual property rights, rights of privacy or publicity of third parties, Yandex, Company and/or Partners, incites hatred, bigotry, racial, ethnic, sexual, religious or social discrimination or is insulting to any persons, groups and/or entities.

15. Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff demands judgment against the Defendant in the form of permanent injunction removing from Yandex search results (stopping showing through the Yandex Search engine) the next content/links to the resources/pages/publications, containing false, defamatory, negative and humiliating information about Plaintiff - Yury Mosha (Юрий Моша):

https://vk.com/topic-20420_31213778?post=100522

http://rus017.livejournal.com/53881.html

http://newtimes.ru/stati/others/c55521af78976a8e27efea3b03ee8002

10

-manupylyator-mosha.html

http://forum.nvrsk.ru/index.php?showtopic=294418&st=180

http://forum.nvrsk.ru/index.php?showtopic=294418&st=140

http://stopfish.ru/fraud/view/1695

https://thclips.com/rev/крий+мома+аферист

http://antimosha.blogspot.ru/

https://www.youtube.com/playlist?list=PLkDICFk8Sn8LUbemM1rX0RPpi

aB8BpJ7U

https://www.youtube.com/watch?v=pzmzh5QPf5E

https://plclip.com/rev/%D1%8E%D1%80%D0%B8%D0%B9+%D0%BC%D0%BE%D1%
88+D0+%D1%80%D0%B0%D0%B7%D0%BE%D0%B1%D0%BB%D0%B0%D1%87%D0%B5%
D0%BD%D0%B8%D0%B5+%D0%BC%D0%BE_D1%88_D0%B5_D0%BD%D0%BD%D0%B8%D0%
BA_D0_B0/

http://portall.zp.ua/?c=video&q=%D1%8E%D1%80%D0%B8%D0%B9%20%D0%B
C_D0%BE_D1%88%D0%B0%20%D1%80%D0%B0%D0%B7%D0%BE%D0%B1%D0%BB%D0%B0
_D1_87_D0_B5_D0_BD_D0_B8_D0_B5_20_D0_BC_D0%BE_D1%88%D0%B5%D0%BD%
D0_BD_D0_B8_D0_BA_D0_B0

https://esclips.com/rev/%D1%8E%D1%80%D0%B8%D0%B9+%D0%BC%D0%BE%D1
_88%D0%B0+%D0%B6%D1%83%D0%BB%DC%B8%D0%BA/

http://www.nofollow.ru/video.php?c=pzmzh5QPf5E

https://uaclips.com/rev/_D1_8E_D1_8O_D0_B8_D0%B9+_D0_BC_D0%BE_D1
_88_D0_B0+_D0_BD_D1_84_D0%B5_D1_80_D0%B8_D1_81_D1%82/

https://food-health-

vika.com/video/pzmzh5QPf5E/%D0%AE%D1%80%D0%B8%D0%B9-

D0 9C D0%BE%D1%88%D0%B0-%D0%B8-

D0 90 D1 80 D0 BA D0 B0 DC B4 D0%B8 D0%B9-%D0%91%D1%83%D1%85-

D1 83 D0 BA D1 80 D0 B5 DU BF D0%BB D1%BF%D1%8E%D1%82-

%D1 82 D1%BB D0 BB D1%8B-

%D0%BA%D0%B0%D0%B4%D1%80%D0%B0%D0%BC%D0%B8-%D0%B8%D0%B7-

D0 BF D1 81 D0 B8%D1%85%D1%83%D1%88%D0%BA%D0%B8/

https://yandex.ru/video/touch/search?source=tabbar&filmId=153914

03419921196493&text=ерий 20моша 20русская 20америка 20реальный 2

0отзыв

And requiring Defendant to take any and all actions to remove
negative, insulting content about Plaintiff from appearing in
Yandex search engine results anytime on Plaintiff's written
request in future.

## Plaintiff complains and for a second cause of action in tortious interference with contract allege as follows:

16. Plaintiff repeats and re-alleges and incorporates
by reference the allegations in paragraphs 1 through 15 above
with the same force and effect as if herein set forth.

17. There is no dispute about the existence of
business relationships between Plaintiff and existing and
potential customers, as his business provide consulting and
informational services helping immigrants to establish their
roots in the United States.

18. Defendant was notified about the damage the

12

content was causing to Plaintiff's business reputation.

19.   The argued content substantially interfered with current and prospective contractual relationships with Plaintiff's clients causing damages to Plaintiff's business.

20.   The argued content will continue causing substantial monetary and reputational damages to Plaintiff.

WHEREFORE, Plaintiff demands judgment against First Defendant, for injunctive relief, compensatory and punitive damages in the amount of $100,000 (one hundred thousand dollars), along with interests, costs, attorney's fees and such other and further relief as justice requires.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands relief as follows:

On the FIRST CAUSE OF ACTION Plaintiff demands judgment against the Defendant in the form of permanent injunction removing from Yandex search results (stopping showing through the Yandex Search engine) the next content/links to the resources/pages/publications, containing false, defamatory, negative and humiliating information about Plaintiff - Yury Mosha (Юрий Мота):

https://vk.com/topic-20420_31213778?post=100522

http://rus017.livejournal.com/53881.html

http://newtimes.ru/stati/others/c53521af78976a8e27efea3b03ce8002

13

-manupylyator-mosha.html

http://forum.nvrsk.ru/index.php?showtopic=294418&st=180

http://forum.nvrsk.ru/index.php?showtopic=294418&st=140

http://stophish.ru/fraud/view/1695

https://thclips.com/rev/юрий+моша+аферист

http://antimosha.blogspot.ru/

https://www.youtube.com/playlist?list=PLkDICFk8Sn8LUbemMIrXOR0pi
aD8BpJ7U

https://www.youtube.com/watch?v=pzmzh5QPf5E

https://plclip.com/rev/%D1%8E%D1%80%D0%B8%D0%B9+%D0%BC%D0%BE%D1%
88%D0%B0+%D1%82%D0%B0%D0%B7%D0%BE%D0%B1%D0%BB%D0%B0%D1%87%D0%B5%
D0%BD%D0%B8%D0%B5+%D0%BC%D0%BE%D1%88%D0%B5%D0%BD%D0%BD%D0%B8%D0%
BA·D0·B0/

http://portall.zp.ua/?c=video&q=%D1%8E%D1%80%D0%B8%D0%B9%20%D0%B
C%D0%BE%D1%88%D0%B0%20%D1%80%D0%B0%D0%B7%D0%BE%D0%B1%D0%BB%D0%B0
·D1·87·D0·B5%D0%BD%D0%B8%D0%B5%20·D0%BC%D0%BE%D1%88%D0%B5%D0%BD%
D0%BD·D0·B8·D0·BA·D0·B0

https://esclips.com/rev/·D1·8E·D1·80·D0·B8·D0·B9+·D0%BC%D0%BE·D1
·88·D0·B0+·D0·B6·D1·83%D0%B3%D0%B8·D0·BA/

http://www.nofollow.ru/video.php?c=pzmzh5QPf5E

https://uaclips.com/rev/·D1·8E·D1·80·D0·B8·D0·B9+%D0%BC%D0%BE%D1
·88·D0·B0+·D0·B0·D1·84·D0·B5·D1·80·D0·B8·D1·81·D1·82/

https://food-health-
vika.com/video/pzmzh5QPf5E/%D0%AE%D1%80%D0%B8%D0%B9·

%D0%9C%D0%BE%D1%88%D0%B0-%D0%B8-

%D0%90%D1%80%D0%BA%D0%B0%D0%B4%D0%B8%D0%B9-%D0%91%D1%83%D1%85-

%D1%83%D0%BA%D1%80%D0%B5%D0%BF%D0%BB%D1%8F%D1%8E%D1%82-

%D1%82%D1%8B%D0%B5%D1%8B-

%D0%BA%D0%B0%D0%B4%D1%80%D0%B0%D0%BC%D0%B8-%D0%B8%D0%B7-

%D0%BF%D1%81%D0%B8%D1%85%D1%83%D1%88%D0%BA%D0%B8/

https://yandex.ru/video/touch/search?source=tabbar&filmId=153914

0341942119649&text=юрий%20моша%20русская%20америка%20реальный%2

0отзыв

And requiring Defendant to take any and all actions to remove
negative, insulting content about Plaintiff from appearing in
Yandex search engine results anytime on Plaintiff's written
request in future;

On the SECOND CAUSE OF ACTION Plaintiff demands judgment against
Defendant, for injunctive relief, compensatory and punitive
damages in the amount of $100,000 (one hundred thousand
dollars), along with interests, costs, attorney's fees and such
other and further relief as justice requires.

Dated: 05/10 , 2018
New York, NY

Yury Mosha
(646)4770500
yurymosha@gmail.com

15

## VERIFICATION

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF _____ )

I, YURY MOSHA, having been duly sworn deposes and says:

I am the Plaintiff in the above-entitled action. I have read the foregoing Complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on the formation and belief and as to those matters I believe them to be true.

DATED: 05/10/2018          _____    YURY Mosha
                           Signature                   Print Name

Sworn to before me this 10 day of May, 2018.

_____
Notary public

JASON BENOVENGA
Notary Public – State of New York
NO. 01BE6098257
Qualified in Richmond County
My Commission Expires Oct 2, 2021

16

Юрий Моша отзывы (Y  ✕  +  ⌄

blogspot.ru/

едующий блог»

# ий Моша отзывы (Yury Mosha). Прежде чем зыватся с ним прочтите этот блог.

кой Юрий Моша (Yury Mosha)? Не стоит связываться с этим человеком если вы не хотите ть свои деньги. Этот "посредник" который не даст вам не каких гарантий на результат - тольк бещания.

Сообщения отсутствуют

Главная страница

ся на: Сообщения (Atom)

ОБО МНЕ

AntiMosha

Просмотреть
профиль

Тема "Венецианское окно". Технологии Blogger

 Gmail

YURY MOSHA <yurymosha@gmail.com>

**(без темы)**
1 письмо

Атлант ИК <atlant.ik@mail.ru>
Ответить: Атлант ИК <atlant.ik@mail.ru>
Кому: yurymosha@gmail.com

23 октября 2017 г., 14:26

Юрий, если заплатишь мне $10,000 я удалю видео. Пока не получу деньги, видео будет гулять в сети.

--
Илья К.

Юрий Моша Жулик   ×   +  ∨

ips.com/rev/юрий+моша+жулик/

я жулик                              Q

Ordenar Por ∨

ммиграционные мошенники в США
w Jersey TV
се un año
ynna в BK: vk.com/newjerseylife Канал на английском языке: esclips.com/user/TVNewJersey Periscope:
riscope.tv/docentusa Не попавше...

рий Моша про Михаила Портнова ч.1
рий Моша. Русская Америка.
се 2 años
рий Моша российский эммигрант из города Нью-Йорк рассказывает о другом блогере канала Голос
пиконовой...

уд над НТВ. Юрий Моша против путинской телекомпании. Иск на 1 млн. долларов.
сская Америка
се 2 años
ш сайт russian-america.us/ Наш канал в Телеграм t.me/russianamerica facebook.com/yuri.mosha
ww.linkedin.com/in/yurymosha vkontakt...

рий Моша и краудфандинг. Отзыв инвестора о выплате дивидендов (19.02.2017)
сская Америка. Инвестиции и бизнес в США
се un año
вторный отзыв участника проекта Юрия Моша по краудфандингу американской недвижимости.
рвый отзыв:...

рий Моша и Аркадий Бух укрепляют тылы кадрами из психушки
рий Моша и Аркадий Бух

Юрий Моша и Аркади ✕    +    ⌄

-health-vika.com/video/pzmzh5QPf5E/Юрий-Моша-и-Аркадий-Бух-укрепляют-тылы-кадрами-из-психушки/

# ı Аркадий Бух укрепляют тылы кадрами из пс



Translated from Russian

**From:** Maksim Mysin max-mysin@mail.ru
**Date:** February 6, 2018, 5:44:43 GMT-10
**To:** yurymosha@gmail.com
**Subject: Final warning**
**Answer-To:** Maksim Mysin max-mysin@mail.ru

Well, Mosha, you have not transferred me USD 20 000 yet. Do you think I am joking? I have already thrown mud at you posting the following information about you all over the Internet. Here is only a part (and there will be even more):

1. https://vk.com/topic-69639910_36349866
2. http://stophish.ru/fraud/view/1695
3. http://rus017.livejournal.com/53881.html
4. http://rus017.livejournal.com/
5. http://newtimes.ru/stati/others/c55521af78976a8e27efca3b03ce8002-manupylyator-mosha.html
6. http://forum.nvrsk.ru/index.php?showtopic=294418&st=180
7. https://www.youtube.com/playlist?list=PLLLDHeKudaxHCj7rFiGAUZrXVlQqg7lto
8. https://www.youtube.com/watch?v=HvBkgte1KC0&index=4&list=PLLLDHeKudaxHCj7rFiGAUZrXVlQqg7lto
9. http://forum.nvrsk.ru/index.php?showtopic=265394&st=20
10. http://forum.nvrsk.ru/index.php?showtopic=294418&st=140

I do not know who you give credence to, but they obviously underestimate the power of ill fame on Google.

Don't you understand that anyone searching "Yury Mosha" with Google will immediately see my links and hints like "Yury Mosha the swindler", "Yury Mosha the con man" (the Google algorithm will generate these hints from the links - both the aforementioned and those I am going to create). And that's it; you do not have a client.

You will lose all clients, and the new ones will not contact you, because there is much negative information about you on the Internet (thanks to me).

You cannot quickly remove my links either. While review is being held, you will definitely turn bankrupt and will have to stand upon social welfare;)

I am giving you the last chance.

Transfer me USD 20 000 and we'll forget everything, and all the bad links about you will be removed from Google.

**From:** maksim_mysin@secmail.pro
**Date:** March 26, 2018, 8:57:21 GMT-4
**To:** yurymosha@gmail.com
**Topic: Hints about Mosha on GOOGLE**
Hi Yury

It's Maksim Mysin again. I am writing to you about the hints on Google again. Here are all the hints that Google gives at the moment when one searches "Yury Mosha":

"Yury Mosha the swindler
yury mosha the scam artist
yury mosha customer reviews
yury mosha exposure of a swindler
yury misha the scammer
yury mosha the con
yury mosha biography
yury mosha deceived"

All this is entirely of my own making. I create them from different IP addresses, I have special software.

You will become sick and tired of removing them.

Even if Google itself removes these hints about you, I will create them again. I know how to come round the Google algorithm.

So you have to come to terms with me unless you want to lose your reputation.


-------------------- end of translated document --------------------

От: Максим Мысин <max-mysin@mail.ru>
Дата: 6 февраля 2018 г., 5:44:43 GMT-10
Кому: yurymosha@gmail.com
Тема: Последнее предупреждение
Ответ-Кому: Максим Мысин <max-mysin@mail.ru>

Ну что, Моша, 20 тыс. долларов США ты так мне и не перевел. Думаешь я шучу ? Я уже разместил грязь о тебе по всему интернету. Вот часть(а будет ещё больше):

1. https://vk.com/topic-69639910_36349866
2. http://stophish.ru/fraud/view/1695
3. http://rus017.livejournal.com/53881.html
4. http://rus017.livejournal.com/
5. http://newtimes.ru/stati/others/c55521af78976a8e27efea3b03ee8002-manupylyator-mosha.html
6. http://forum.nvrsk.ru/index.php?showtopic=294418&st=180
7. https://www.youtube.com/playlist?list=PLLLDHeKudaxHCl7rFIGAUZrXVIQqg7Ito
8. https://www.youtube.com/watch?v=HvBkgte1KC0&index=4&list=PLLLDHeKudaxHCl7rFIGAUZrXVIQqg7Ito
9. http://forum.nvrsk.ru/index.php?showtopic=265394&st=20
10. http://forum.nvrsk.ru/index.php?showtopic=294418&st=140

Не знаю, кого ты слушаешь, но они явно недооценивают силу плохой репутации в Google.
Ты что не понимаешь, что последний дурак как будет вводить в поиск "Юрий Моша" и сразу увидит мои ссылки и подсказки типа "Юрий Моша мошенник", "Юрий Моша аферист"(эти подсказки алгоритм Google сгенерирует из моих ссылок, что вверху и я ещё сделаю) - и все, клиента у тебя нет.
Ты потеряешь всех клиентов, а новые к тебе обращаться не будут, потому что плохой информации о тебе в интернете(благодаря мне) уже много.
Удалить мои ссылки вы быстро тоже не сможете. Пока будет продолжаться рассмотрение ты уже обанкротишься и сядешь на велфер ;)

Даю последний шанс.
Переводи мне $20K и мы все забудем, а из Google исчезнут все плохие ссылки о тебе.