От: maksim_mysin@secmail.pro
Дата: 26 марта 2018 г., 8:57:21 GMT-4
Кому: yurymoshe@gmail.com
Тема: Подсказки о Моше в GOOGLE

Привет Юра
Это снова Макс Мысин. Я снова пишу тебе о подсказках в Google. Все те подсказки, что выдает Google сейчас при вводе "Юрий Моша", а именно:

"юрий моша мошенник
юрий моша аферист
юрий моша отзывы клиентов
юрий моша разоблачение мошенника
юрий моша кидала
юрий моша жулик
юрий моша биография
юрий моша обманул"

- это все моих рук дело. Я их набиваю с разных IP-адресов, у меня есть специальная программа.

Ты заколебаешься их удалять.

Даже если сам Google удалит эти мои подсказки о тебе, я их опять набью и введу в Google. Я могу обмануть алгоритм Google.

Так что придется тебе идти на мои условия, если не хочешь всю свою репутацию потерять.



Юрий Моша Разоблач ×

p.com/rev/юрий+моша+разоблачение+мошенника/

разоблачение мошенника

**ІЕ МОШЕННИКА**

Sortuj Według ∨

**ммиграционные мошенники в США**
w Jersey TV
ik temu
упла в ВК: vk.com/newjerseylife Канал на английском языке: piclip.com/user/TVNewJersey Periscope:
riscope.tv/docentusa Не попавше...

**рий Моша сказал как есть**
ris Bronson
at temu
аво Юрий подпишусь под каждым вашим словом!

**усская Америка.Часть 19.Почему я уехал в США**
sskaya America
at temu
сская Америка.Часть 18.Почему я уехал в США биография,биография юрия моши,русская
ерика,жизнь в америке,...

**рий Моша и Аркадий Бух укрепляют тылы кадрами из психушки**
рий Моша и Аркадий Бух
at temu
рий #МОША #АФЕРИСТ #МОШЕННИК Да! Убийство Алексея Мозгового это огромная утрата. Очень
ьный человек...

**усская Америка**
at temu





ips.com/rev/юрий+моша+аферист/

аферист

Сортувати

ммиграционные мошенники в США
w Jersey TV
к тому
уппа в ВК vk.com/newjerseylife Канал на английском языке: uaclips.com/user/TVNewJersey Periscope: riscope.tv/docentusa Не попавше...

рий Моша сказал как есть
ris Bronson
роки тому
аво Юрий подпишусь под каждым вашим словом!

рий Моша и краудфандинг. Отзыв инвестора о выплате дивидендов (19.02.2017)
сская Америка. Инвестиции и бизнес в США
к тому
еторный отзыв участника проекта Юрия Моша по краудфандингу американской недвижимости.
рвый отзыв:...

уд над НТВ. Юрий Моша против путинской телекомпании. Иск на 1 млн. долларов.
сская Америка
роки тому
аш сайт russian-america.us/ Наш канал в Телеграм t.me/russienamerica facebook.com/yuri.mosha
ww.linkedin.com/in/yurymosha vkontakt...

рий Моша переезжает 1 января 2018
сская Америка

.ru/video/search?source=tabbar&filmId=15391403419421196493&text=юрий%20моша%20русская%20америка%20реаль

сская америка реальный отзыв   Найти

Видео Карты Маркет Новости Музыка Ещё

ий Моша реальный отзыв! Обязательно
треть!
outube.com 18 марта 2016

ce & Technology Юрий Моша русская
ика Иммиграция в США
911 1573 просмотра

ИЙ МОША. Русская Америка. 5
собев Иммиграции в США в 2018 году
eview-watch.ru 10 января

кая Америка Юрий Моша мошенник ЮРИЙ
IA. Русская Америка.
просмотров

играция в США С чего начать Русская
ерика Юрий Моша
k.ru 18 августа 2015

ю ЮРИЯ МОШИ. Комментировать. 18 авг 2015.
ИЙ МОША. Иммиграция в США С чего начать
кая...

играция в США С чего начать Русская
ерика Юрий Моша
outube.com 18 августа 2015

20-50 ( Viber, WhatsApp, telegram) email
ha y@mail.ru Пресса о нас http

mosh3154_15c_FC.pdf   Corp Tax Return





# AFFIDAVIT OF SERVICE

State of New York      County of New York      Supreme Court

Index Number: 100657/18
Date Filed: 5/18/2018

Plaintiff:
YURY MOSHA

vs.

Defendant:
YANDEX, INC

For:
YURY MOSHA
85 BROAD STREET
16TH FLOOR ROOM 101
NEW YORK, NY 10004

Received by Direct Process Server LLC on the 1st day of June, 2018 at 4:54 pm to be served on YANDEX, INC, 38R MERRIMAC STREET, SUITE 201, NEWBURYPORT, MA 01950.

I, GEOFFREY WOOD, being duly sworn, depose and say that on the 5th day of June, 2018 at 11:32 am, I:

served a CORPORATION by delivering a true copy of the SUMMONS, COMPLAINT, VERIFICATION AND EXHIBIT, to: STEPHANIE KRUPYSHEVA as MANAGING AGENT for YANDEX, INC, at the address of: 38R MERRIMAC STREET, SUITE 201, NEWBURYPORT, MA 01950, and informed said person of the contents therein, in compliance with state statutes.

Said documents were conformed with index number and date of filing endorsed thereon.

Description of Person Served: Age: 45, Sex: F, Race/Skin Color: WHITE, Height: 5'9", Weight: 150, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Subscribed and Sworn to before me on the 6th day of Dec, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN C. DEWSNAP
Notary Public
Commonwealth of Massachusetts
My Comm. Expires January 16, 2020

GEOFFREY WOOD
Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-8989

Our Job Serial Number: DPR-2018001611

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

