# EXHIBIT C

[Print in **black** ink beside instructions in bold letters]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------x

**Yury Mosha**,
[fill in name(s)]                    Plaintiff(s),

- against -

**Yandex, Inc.**,
[fill in name(s)]                    Defendant(s).
-------------------------------------------------x

Index Number: **100657/18**

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the attached affidavit(s) of **Plaintiff Yury Mosha** [your name(s)], sworn to on **June 6**, 20**18** [date Affidavit in Support notarized], the exhibits attached to the affidavit(s), and upon all proceedings in this case to date, the plaintiff(s) / defendant(s) [circle one and give name of party making this request] **Yury Mosha** will move this Court, at 9:30 A.M. on the **25** day of **June**, 20**18** [return date] at the Courthouse, 60 Centre Street, New York, New York, in the Motion Submission Part Courtroom, Room 130, for a order, pursuant to the Civil Practice Law and Rules (CPLR), granting the following relief to the movant(s):

[briefly describe what you are asking the Court to do] **I'm asking the court to place the case on the court's calendar and take judgement against the Defendant for the relief demanded in the Complaint.**

and for such other and further relief as this Court may deem just and proper.

MakeMotion - 1/2014

PLEASE TAKE FURTHER NOTICE, that pursuant to Civil Practice Law and Rules 2214(b), you are hereby required to serve copies of your answering affidavits on the undersigned no later than the seventh day prior to the date set above for submission of this motion. [For this paragraph to apply, motion papers **must** be served by personal delivery no later than 16 days before the return date.

Dated: June 6, 2018
[date signed]

Respectfully submitted,

_____
[sign your name]

Yury Mosha
[print your name]

85 Broad Street,
New York, NY 10004
(646) 477-0500
[address, telephone number]

To: Attorney for Plaintiff(s) / Defendant(s) [circle one]

Yandex, Inc.
38R Merrimac
Street, Suite 201,
Newburyport MA 01950, USA
[print name, address, telephone number]

2

MakeMotion - 1/2014

3. A prior application *has not / has* [circle one] been made for the relief now requested. [If you made this application before in this or any other court, describe where, when, the result, and why you are making this application again. Attach copies of previous decisions.]

WHEREFORE, I respectfully request that this motion be granted, and that I have such other and further relief as may be just and proper.

Sworn to before me this
6 day of June, 2018

_Trinidad Otero_
Notary Public

_[signature]_
[sign your name before a Notary]

YURY Mosha
[print your name]

TRINIDAD J OTERO
Notary Public - State of New York
NO. 01OT6341072
Qualified in Richmond County
My Commission Expires May 2, 2020

2

MakeMotion - 1/2014

*************************NOTICE OF ENTRY*************************

Sir/Madam:

Please take notice that the within is a (certified) true copy of a

he within named court on the _____ day of _____, 200 ___

duly entered in the office of the clerk of

Dated:

Attorney for:

Yours, etc.
Petitioner/
Respondent
Office and Post
Office Address

To:
Attorney(s) for

*************************NOTICE OF SETTLEMENT*************************

Sir/Madam:

Please take notice that an _____

of which the within is a true copy will be presented for settlement

to the Hon. _____, one of the Justices

of the within named court at _____

_____, 200 ___ at _____ AM/PM on

Dated:                                             Yours, etc

Petitioner

To:
Attorney(s) for

---

INDEX NUMBER 100637/18

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Yury Mosha

Plaintiff / Petitioner

- against -

Yandex, Inc.

Defendant/ Respondent,

---

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers and the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22NYCRR).

Sign Name: _Yury Mosha_

Print Name: Yury Mosha

Address: 85 Broad Street
         LL 28
         New York, NY 10004

Telephone (646) 644-0500

Service of a copy of the within is hereby admitted

Dated: _____, 200 ___

Attorney for